HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:16-cr-00016 LJO-SKO |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | ) ) ) | |
| STEPHEN THOMAS, | ) ) | DATE: August 1, 2016<br>TIME: 8:30 a.m. |
| Defendant. | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing currently scheduled for July 18, 2016, may be continued to August 1, 2016 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.

The government has agreed to recommend that Mr. Thomas be sentenced to a term of imprisonment at the low end of the advisory guideline range; however, the PSR recommends that Mr. Thomas be sentenced at the high end of the range.  The AUSA assigned to this case will be out of the office on the currently scheduled sentencing date, and will not be available until August 1, 2018. Mr. Thomas requests that this matter be continued to allow the assigned AUSA to be present at sentencing.

The parties agree that the delay resulting from this request shall be excluded in the

interests of justice and for effective defense preparation and continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: July 1, 2016 | By */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 1, 2016 | By */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>STEPHEN THOMAS |

**ORDER**

The sentencing hearing scheduled for July 18, 2016 is continued to August 1, 2016 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **July 5, 2016**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE