HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEPHEN THOMAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>STEPHEN THOMAS,<br><br>               Defendant. | Case No. 1:16-cr-00016-NONE<br><br>STIPULATION RE BRIEFING SCHEDULE; ORDER |

On October 2, 2020, this Court instructed counsel to confer and attempt to stipulate to a briefing schedule within five days. **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant STEPHEN THOMAS, that the briefing schedule be set as follows:

**December 7, 2020:**   Any Supplemental Briefing to Defendant's pro se 18 U.S.C. § 3582(c) Motion filed on September 28, 2020

**January 7, 2021**:   Plaintiff's Response to Defendant's 18 U.S.C. § 3582(c) Motion filed on September 28, 2020, or any supplemental briefing thereto

**January 22, 2021**:   Defendant's Reply

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: October 7, 2020        By:   *s/ LAUREL J. MONTOYA*
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 7, 2020        By:   *s/ERIC V. KERSTEN*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    STEPHEN THOMAS

**ORDER**

IT IS SO ORDERED.

Dated:  **October 7, 2020**

_____
UNITED STATES DISTRICT JUDGE