HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEPHEN THOMAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>STEPHEN THOMAS,<br><br>            Defendant. | No. 1:16-cr-00016-NONE<br><br>STIPULATION TO EXTEND COMPASSIONATE RELEASE BRIEFING SCHEDULE; ORDER |

      Stephen Thomas filed a pro se 18 U.S.C. § 3582(c) motion on September 28, 2020, and counsel was appointed. A briefing schedule was established whereby any supplemental briefing to defendant's pro se motion is due December 7, 2020; the government's response to defendant's motion and any supplemental briefing is due January 7, 2021; and any reply is due January 22, 2021.

      **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant STEPHEN THOMAS, that these dates be extended 30 days and the schedule set as follows:

      **January 6, 2021:**    Any Supplemental Briefing to Defendant's pro se 18 U.S.C. § 3582(c) Motion filed on September 28, 2020

      **February 5, 2021**:    Plaintiff's Response to Defendant's 18 U.S.C. § 3582(c) Motion filed on September 28, 2020, or any supplemental briefing thereto

**February 19, 2021**:   Defendant's Reply

Defendant Thomas was convicted of escape in EDCA Case No. 1:16-cr-00016-NONE. He was sentenced to an 18 month term of imprisonment, to be served consecutively to any undischarged term of imprisonment. (Doc. 19). Mr. Thomas has approximately 19 months remaining on his underlying term, imposed in Southern District of Iowa Case No. 4:15-cr-00038. (PSR para. 38). Additional time is requested to consult with Mr. Thomas and determine how best to proceed in light of the undischarged Southern District of Iowa term of imprisonment.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
United States Attorney

DATED:  December 3, 2020          By:  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
Federal Defender

DATED:  December 3, 2020          By:  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
STEPHEN THOMAS

**ORDER**

IT IS SO ORDERED.

Dated:   **December 3, 2020**

UNITED STATES DISTRICT JUDGE