1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone:  (559) 487-5561
5  Fax:   (559) 487-5950

6  Attorney for Defendant
   STEPHEN THOMAS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              No.  1:16-cr-00016-NONE

11                    Plaintiff,
                                           STIPULATION TO EXTEND
12            v.                           COMPASSIONATE RELEASE
                                           BRIEFING SCHEDULE;
13  STEPHEN THOMAS,                        ORDER

14                    Defendant.

15

16         Stephen Thomas filed a pro se 18 U.S.C. § 3582(c) motion on September 28, 2020, and

17  counsel was appointed. Any supplemental briefing to defendant's pro se motion is due January 6,

18  2021; the government's response to defendant's motion and any supplemental briefing is due

19  February 5, 2021; and any reply is due February 19, 2021.

20         **IT IS HEREBY STIPULATED** by and between the parties through their respective

21  counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and

22  ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant STEPHEN THOMAS,

23  that these dates be extended 21 days and the schedule set as follows:

24         **January 27, 2021:**    Any Supplemental Briefing to Defendant's pro se 18 U.S.C. §
                                     3582(c) Motion filed on September 28, 2020
25

26         **February 26, 2021**:   Plaintiff's Response to Defendant's 18 U.S.C. § 3582(c) Motion
                                     filed on September 28, 2020, or any supplemental briefing thereto
27

           **March 9, 2021**:       Defendant's Reply
28

1    Defendant Thomas was convicted of escape in EDCA Case No. 1:16-cr-00016-NONE.

2  He was sentenced to an 18 month term of imprisonment, to be served consecutively to any

3  undischarged term of imprisonment. (Doc. 19). Mr. Thomas has not begun serving his EDCA

4  sentence and has approximately 18 months remaining on his underlying term, imposed in

5  Southern District of Iowa Case No. 4:15-cr-00038. Primarily for this reason, defense counsel has

6  advised Mr. Thomas via United States mail that he does not intend to file any supplemental

7  briefing. Defense counsel has made numerous attempts to schedule a confidential telephone call

8  with Mr. Thomas at FCI Lompoc, to discuss this decision in detail, but has been unable to

9  schedule a call. This continuance is requested to allow additional time for Mr. Thomas to decide

10  how he wished to proceed in light of defense counsel's determination not to file supplemental

11  briefing.

12                                    Respectfully submitted,

13                                    McGREGOR W. SCOTT
                                      United States Attorney
14
     DATED:  January 5, 2021          By:  /s/ Laurel J. Montoya
15                                    LAUREL J. MONTOYA
                                      Assistant United States Attorney
16                                    Attorney for Plaintiff

17                                    HEATHER E. WILLIAMS
                                      Federal Defender
18
     DATED:  January 5, 2021          By:  /s/ Eric V. Kersten
19                                    ERIC V. KERSTEN
                                      Assistant Federal Defender
20                                    Attorney for Defendant
                                      STEPHEN THOMAS
21
                                      **ORDER**
22
     IT IS SO ORDERED.
23
       Dated:   **January 5, 2021**
24                                    _____
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28