PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:16-CR-00016-NONE |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| STEPHEN THOMAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on September 28, 2020. The government's response was due on February 26, 2021. Counsel for the government was ill and unable to file this stipulation prior to now.

2. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before April 23, 2021;

   b) The defendant's reply to the government's response to be filed on or before May 7, 2021.

IT IS SO STIPULATED.

Dated:  March 3, 2021                              McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ LAUREL J. MONTOYA
                                                   LAUREL J. MONTOYA
                                                   Assistant United States Attorney


Dated:  March 3, 2021                              /s/ ERIC V. KERSTEN
                                                   ERIC V. KERSTEN
                                                   Counsel for Defendant
                                                   STEPHEN THOMAS


## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)   The government's response to the defendant's motion is due on or before April 23, 2021.

b)   The defendant's reply to the government's response, if any, is due on or before May 7, 2021.

IT IS SO ORDERED.

Dated:  **March 8, 2021**                          _____
                                                   UNITED STATES DISTRICT JUDGE