1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | LAUREL J. MONTOYA
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00016-LHR-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| STEPHEN THOMAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on September 28, 2020. The government's response is due on May 18, 2021.

2. Counsel for defendant Thomas is attempting to reach him in order to obtain his consent to withdraw the motion for compassionate release filed in this matter. Counsel for defendant has sent a letter to the BOP institution and has contacted the institution in order to arrange a telephone call however has been unsuccessful to date.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before June 22, 2021.

STIPULATION RE BRIEFING SCHEDULE     1

    b)  The defendant's reply to the government's response to be filed on or before June 29, 2021.

IT IS SO STIPULATED.

Dated: May 17, 2021
                PHILLIP A. TALBERT
                Acting United States Attorney

                /s/ LAUREL J. MONTOYA
                LAUREL J. MONTOYA
                Assistant United States Attorney

Dated: May 17, 2021
                /s/ ERIC V. KERSTEN
                ERIC V. KERSTEN
                Counsel for Defendant
                STEPHEN THOMAS

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The government's response to the defendant's motion is due on or before June 22, 2021.

  b)  The defendant's reply to the government's response, if any, is due on or before June 29, 2021.

SIGNED on May 17, 2021, at Houston, Texas.

                       Lee H. Rosenthal
                     Chief United States District Judge