# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 1:16-CR-00016-LHR |
| Plaintiff, | ) **ORDER WITHDRAWING STEPHEN THOMAS'S MOTION FOR COMPASSIONATE RELEASE** |
| v. | ) |
| STEPHEN THOMAS, | ) |
| Defendant. | ) |

Stephen Thomas, through counsel, moves to dismiss his motion for compassionate release, with leave to refile, because he believes that he filed it prematurely. (Docket Entry No. 39). The government does not oppose the motion. The court grants the motion. Thomas's motion for compassionate release, (Docket Entry No. 21), is dismissed, without prejudice and with leave to refile at a later date.

SIGNED on June 7, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge